IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILL MARTINEZ,                        No. CIV.S-05-1969 LKK DAD PS

      Plaintiff,

  v.                                  <u>ORDER AND</u>

COUNTY OF SACRAMENTO                  <u>ORDER TO SHOW CAUSE</u>
PROBATION DEPARTMENT,

      Defendant.
_____/

      Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

      However, the one-page handwritten complaint submitted by plaintiff is difficult to decipher. In its entirety it alleges as follows:

1

1
2
3
4
>     I want the courts to stop [their menacing]
>     behavior.  I want the courts to compensate me in
>     the for[m] of money, freedom to work, [and/or]
>     collect my SSI and arrest the [psychotic] doctor,
>     that works in the [psych.] ward in Sacramento
>     [County].

5 No basis for federal jurisdiction is alleged in the complaint.
6 Indeed, it appears that the court lacks subject matter jurisdiction
7 over this matter.  See Bell v. Hood, 327 U.S. 678, 682 (recognizing
8 that a claim is subject to dismissal for want of jurisdiction where
9 it is "wholly insubstantial and frivolous" and "so patently without
10 merit"); Hagans v. Levine, 415 U.S. 528, 543 (stating that a claim
11 may be dismissed for lack of jurisdiction where it is "so
12 insubstantial, implausible, foreclosed by prior decisions of this
13 Court or otherwise completely devoid of merit as not to involve a
14 federal controversy within the jurisdiction of the District Court").
15 See also Franklin v. Murphy, 745 F.2d 1221, 1227 (9th Cir. 1984)("A
16 paid complaint that is 'obviously frivolous' does not confer federal
17 subject matter jurisdiction and may be dismissed sua sponte before
18 service of process.")(citations omitted).
19          Accordingly, IT IS HEREBY ORDERED that:
20          1.  Plaintiff's request for leave to proceed in forma
21 pauperis is granted;
22          2.  Plaintiff shall show cause in writing within twenty
23 days of the date that this order is filed why this matter should not
24 be dismissed for lack of subject matter jurisdiction.  See Fed. R.
25 Civ. P. 12(h)(3); and
26 /////

2

1           3.  Plaintiff is forewarned that the failure to timely
2  comply with the terms of this order will result in a recommendation
3  that this action be dismissed.
4  DATED: January 30, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

```
DAD:th
Ddadl\orders.prose\martinez1969.ifp.osc
```