IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILL MARTINEZ,

        Plaintiff,

  v.

COUNTY OF SACRAMENTO
PROBATION DEPARTMENT,

        Defendant.
_____/

NO.  CIV.S-05-1969 LKK DAD PS

FINDINGS AND RECOMMENDATIONS

        By order filed January 31, 2006, plaintiff was ordered to show cause in writing within twenty days why this case should not be dismissed for lack of subject matter jurisdiction.  As explained in that order, plaintiff's one-page handwritten complaint alleges in its entirety as follows:

> I want the courts to stop [their menacing] behavior.  I want the courts to compensate me in the for[m] of money, freedom to work, [and/or] collect my SSI and arrest the [psychotic] doctor, that works in the [psych.] ward in Sacramento [County].

/////

1

No basis for federal jurisdiction is alleged in the complaint. Plaintiff was cautioned that failure to respond to the court's order would result in a recommendation of dismissal.  The twenty-day period has expired, and plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of subject matter jurisdiction.  See Bell v. Hood, 327 U.S. 678, 682 (recognizing that a claim is subject to dismissal for want of jurisdiction where it is "wholly insubstantial and frivolous" and "so patently without merit"); Hagans v. Levine, 415 U.S. 528, 543 (stating that a claim may be dismissed for lack of jurisdiction where it is "so insubstantial, implausible, foreclosed by prior decisions of this Court or otherwise completely devoid of merit as not to involve a federal controversy within the jurisdiction of the District Court").  See also Franklin v. Murphy, 745 F.2d 1221, 1227 (9th Cir. 1984)("A paid complaint that is 'obviously frivolous' does not confer federal subject matter jurisdiction and may be dismissed sua sponte before service of process.")(citations omitted).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal
/////

1  the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
2  Cir. 1991).
3  DATED: March 3, 2006.

                                        _____
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

8  DAD:lg:th
   Ddad1/orders.prose/martinez1969.f&r

3